United States District Court
Southern District of Texas
**ENTERED**
September 20, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VELICIA WALKER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2233 |
| | § | |
| MAJESTY STAFFING, LLC, *et al.*, | § | |
| Defendants. | § | |

## FINAL ORDER

By Order [Doc. # 23] entered March 3, 2017, the Court dismissed without prejudice all claims against Defendant Memorial Hermann Health System pursuant to Plaintiff's Unopposed Notice of Dismissal. By Order [Doc. # 27] entered May 23, 2017, the Court dismissed with prejudice all claims against Defendant Sodexo, Inc. pursuant to Plaintiff's Unopposed Notice of Dismissal. It is now hereby

**ORDERED** that Plaintiff's Notice of Dismissal [Doc. # 28 is **GRANTED** and all claims against Defendant Majesty Staffing, LLC are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that all prior dismissal orders are hereby made final and this case is **DISMISSED** in its entirety.

SIGNED at Houston, Texas, this 20th day of **September, 2017**.

P:\ORDERS\11-2016\2233DO.wpd   170920.0922

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE